IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EARL RUHL,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-3788 |
| | : | |
| **COUNTY OF LANCASTER,** | : | |
| Defendant | | |

## ORDER

**AND NOW,** this 31st day of August, 2011, upon careful consideration of the defendant's motion for summary judgment (Document No. 22), the plaintiff's response thereto (Document No. 29), and the defendant's reply (Document No. 32), IT IS HEREBY ORDERED that:

1. The motion is **GRANTED.**

2. The Clerk of Court is directed to mark this case **CLOSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.